**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 20-2261**

_____

PAUL J. BUKOVINSKY, II,

        Plaintiff - Appellant,

    v.

WHEELING-NISSHIN INC.,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:20-cv-00114-JPB-JPM)

_____

Submitted:  March 29, 2022                      Decided:  May 10, 2022

_____

Before NIEMEYER and KING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Paul J. Bukovinsky, II, Appellant Pro Se.  Jennifer B. Hagedorn, BOWLES RICE LLP, Canonsburg, Pennsylvania, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul J. Bukovinsky, II, appeals the district court's order granting the Defendant's motion to dismiss his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Bukovinsky v. Wheeling-Nisshin Inc.*, No. 5:20-cv-00114-JPB-JPM (N.D.W. Va. Oct. 22, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*